■ WALL STREET MORTGAGE BANKERS, Respondent, v SOCRATES GONZALEZ, Appellant, et al., Defendants. [3 NYS3d 596]—

Order, Supreme Court, Bronx County (Mark Friedlander, J.), entered July 10, 2013, which, to the extent appealed from as limited by the briefs, granted plaintiff's motion for summary judgment on its mortgage foreclosure claim against defendant Socrates Gonzalez, unanimously affirmed, without costs.

Plaintiff made a prima facie showing of its right to foreclosure by producing the note, mortgage and evidence of nonpayment, and, in opposition, defendant failed to raise a triable issue regarding his affirmative defenses (*see Red Tulip, LLC v Neiva*, 44 AD3d 204, 209 [1st Dept 2007], *lv dismissed* 10 NY3d 741 [2008]). The court properly disregarded the mistake in the pleadings stating that plaintiff was a Delaware corporation (*see* CPLR 2001), and defendant otherwise failed to establish a triable issue regarding plaintiff's standing.

We have considered defendant's remaining contentions and find them unavailing. Concur—Mazzarelli, J.P., Friedman, Sweeny, Gische and Kapnick, JJ.

■ In the Matter of JAMES AMOROSO, Petitioner, v NORMA RUIZ et al., Respondents. [3 NYS3d 596]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Mazzarelli, J.P., Friedman, Sweeny, Gische and Kapnick, JJ.